Michael Devereux, Esq.  (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
tel. (424) 600-8584

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REGINA AGNES BEARDSLEY,
　　　　　PLAINTIFF/PETITIONER

v.

COUNTY OF SAN BERNARDINO, et al,
　　　　　DEFENDANT/RESPONDENT

CASE NUMBER

5:25-cv-3063

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Regina Agnes Beardsley                                     declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. The year was 2000, and I made approx., $1,500.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   Public benefits?                                              ☐ Yes  ☒ No
   Business, profession or form of self-employment?             ☐ Yes  ☒ No
   Rent payments, interest or dividends?                        ☐ Yes  ☒ No
   Pensions, annuities or life insurance payments?              ☒ Yes  ☐ No
   Gifts or inheritances?                                       ☐ Yes  ☒ No
   Any other income (other than listed above)?                  ☐ Yes  ☒ No
   Loans?                                                       ☐ Yes  ☒ No
   Any other income (other than listed above)?                  ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Monthly I receive Social Security, Veterans benefits and 2 pensions totaling my monthly income.

CV-60 (11/23)　　　REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT　　　Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☐ Yes ☐ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. I have my savings with $49.00, and my checking account has $300.00, but I have bills pending

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

If you answer is yes, describe the property and state its approximate value: I'm buying a house, making monthly payments towards my $250,000 loan & house value approx., $400,000

5. In what year did you last file an Income Tax Return? 2020

Approximately how much income did your last return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 1,500.00 | Credit Cards | 200.00 |
| Transportation | 300.00 | Child Care | 0 |
| Food | 400.00 | Insurance | 300.00 |
| Medical | 200.00 | Loans | 0 |
| Utilities | 1,400.00 | Other | 200.00 |

California
State

County of San Bernardino
County (or City)

I, Regina Agnes Beardsley, declare under penalty of perjury that the foregoing is true and correct. Executed on:

Nov. 18th, 2025
Date

Regina Agnes Beardsley
Plaintiff (Signature)