NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Michael Devereux, Esq.
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Tel. (424) 600-8584

CLEAR FORM

ATTORNEY(S) FOR:  REGINA AGNES BEARDSLEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REGINA AGNES BEARDSLEY,

Plaintiff(s),

v.

COUNTY OF SAN BERNARDINO; SAN BERNARDINO SHERIFF'S DEPARTMENT; SHERIFF SHANNON D. DICUS; DETECTIVE A. ALFARO; DEPUTY C.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   REGINA AGNES BEARDSLEY   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| COUNTY OF SAN BERNARDINO | Defendant |
| SAN BERNARDINO SHERIFF'S DEPARTMENT | Defendant |
| DETECTIVE A. ALFARO | Defendant |
| DEPUTY C. BRANDT | Defendant |
| SHERIFF SHANNON D. DICUS | Defendant |

November 20, 2025
Date

*Michael Devereux*
Signature

Attorney of record for (or name of party appearing in pro per):

REGINA AGNES BEARDSLEY