# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regina Agnes Beardsley,<br><br>　　　　　　　　　　PLAINTIFF(S)<br>v.<br>County of San Bernardino, et al.,<br><br>　　　　　　　　　　DEFENDANT(S) | **CASE NUMBER**<br><br>5:25-cv-03063-RGK-AS<br><br>**ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.　　☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

> Plaintiff did not completely answer Questions 2 and 5 of the Request. (ECF No. 3.) It also is not apparent how Plaintiff pays her average monthly expenses totaling $4,500. (Id.)

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

　　☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
　　☐ The action is frivolous or malicious.
　　☐ The action fails to state a claim upon which relief may be granted.
　　☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

> Plaintiff must file a Request that is filled out completely and that explains how she pays her average monthly expenses. In the alternative, Plaintiff must pay the filing fee of $405.

> If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| November 25, 2025 | *Gary Klausner* |
| Date | United States District Judge |

CV-73 (07/22)　　　　ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)