Eugene P. Ramirez, Esq. (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SHANNON D. DICUS, DETECTIVE A. ALFARO, and DEPUTY C. BRANDT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA AGNES BEARDSLEY, | Case No. 5:25-cv-03063-RGK-AS |
| Plaintiff, | |
| v. | **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |
| COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SHERIFF SHANNON D. DICUS; DETECTIVE A. ALFARO; DEPUTY C. BRANDT; DOES 1-10. | |
| Defendants. | |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SHANNON D. DICUS, DETECTIVE A. ALFARO, and DEPUTY C. BRANDT ("Defendants") answers the Complaint of Plaintiff REGINA AGNES BEARDSLEY ("Plaintiff").  If an averment is not specifically admitted, it is hereby denied.

1

## ANSWER TO COMPLAINT

1. Answering Paragraph 1, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2. Answering Paragraph 2, Defendants admit that this Court has original jurisdiction. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

3. Answering Paragraph 3, Defendants admit that this Court has original jurisdiction. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

4. Answering Paragraph 4, Defendants admit that venue is proper before this Court. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

5. Answering Paragraph 5, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

6. Answering Paragraph 6, Defendants admit that the County of San Bernardino is a municipal entity in the State of California. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

7. Answering Paragraph 7, Defendants admit that the San Bernardino County Sheriff's Department is a Department of the County of San Bernardino. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

8. Answering Paragraph 8, Defendants admit that at all relevant times, Sheriff Shannon D. Dicus was the Sheriff of the San Bernardino County Sheriff's

Department. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

9. Answering Paragraph 9, Defendants admit that at all relevant times, Detective A. Alfaro was an employee of the San Bernardino County Sheriff's Department. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

10. Answering Paragraph 10, Defendants admit that at all relevant times, Deputy C. Brandt was an employee of the San Bernardino County Sheriff's Department. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

11. Answering Paragraph 11, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

12. Answering Paragraph 12, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

13. Answering Paragraph 13, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

14. Answering Paragraph 14, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

15. Answering Paragraph 15, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

16. Answering Paragraph 16, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

18. Answering Paragraph 18, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

19. Answering Paragraph 19, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

20.     Answering Paragraph 20, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

21.     Answering Paragraph 21, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

22.     Answering Paragraph 22, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

23.     Answering Paragraph 23, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

25.     Answering Paragraph 25, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained

5

within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

26. Answering Paragraph 26, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

27. Answering Paragraph 27, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

28. Answering Paragraph 28, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

29. Answering Paragraph 29, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing. Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30. Answering Paragraph 30, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and

6

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

31.     Answering Paragraph 31, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

32.     Answering Paragraph 32, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

33.     Answering Paragraph 33, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

34.     Answering Paragraph 34, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

35.     Answering Paragraph 35, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

36. Answering Paragraph 36, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

37. Answering Paragraph 37, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

38. Answering Paragraph 38, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

39. Answering Paragraph 39, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

40. Answering Paragraph 40, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

41. Answering Paragraph 41, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and

8

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

42. Answering Paragraph 42, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing. Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43. Answering Paragraph 43, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

44. Answering Paragraph 44, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing. Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45. Answering Paragraph 45, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

46. Answering Paragraph 46, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

47. Answering Paragraph 47, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

48. Answering Paragraph 48, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

49. Answering Paragraph 49, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

50. Answering Paragraph 50, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

51. Answering Paragraph 51, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

52. Answering Paragraph 52, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

53. Answering Paragraph 53, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

54. Answering Paragraph 54, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

55. Answering Paragraph 55, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

56. Answering Paragraph 56, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

57. Answering Paragraph 57, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

58. Answering Paragraph 58, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

59. Answering Paragraph 59, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

60. Answering Paragraph 60, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

61. Answering Paragraph 61, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

62. Answering Paragraph 62, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

63.     Answering Paragraphs 63-69, Answering Plaintiff's Prayer for Relief, Defendants deny all liability to Plaintiff, including, but not limited to, all liability for any and all damages of any kind (general, special, statutory, or punitive); costs of any kind; attorneys' fees and expenses; interest; mental, emotional, physical past, present, or future pain and suffering; medical care costs; or for any relief of any kind from Defendant to Plaintiff.

70.     Paragraph 70 contains a statement as to which no response is required.

71.     Answering Paragraph 71, Defendants deny that Plaintiff is entitled to such relief.

72.     To the extent Plaintiff asserts any other claims or contentions not specifically addressed herein above, Defendant generally and specifically denies each and every remaining allegation and/or claim.

## AFFIRMATIVE DEFENSES

1.     As separate and affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

2.     This action is barred by the Plaintiff's failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

### SECOND AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

3.     Defendants allege that Plaintiff's actions are barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitutes a waiver of any right plaintiff may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

13

**(Failure to Mitigate Damages)**

4.    Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

**FOURTH AFFIRMATIVE DEFENSE**

**(Contributory and/or Comparative Liability)**

5.    Plaintiff's claims are barred or limited by Plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the plaintiffs suffered any injury or damages, it was the result of Plaintiff's own negligent or deliberate actions or omissions.

6.    Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

**FIFTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

7.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

8.    Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

9.    Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person.  Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

10.    Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## SIXTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

11.    Defendants at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendants therefore assert Qualified Immunity from liability for the individual defendants to the fullest extent applicable.

12.    Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his acts and conduct were appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

13.    At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

15

14.    At the time and place referred to in the Complaint, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing herself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of rights.

## EIGHTH AFFIRMATIVE DEFENSE

15.    To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the SAC. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## NINTH AFFIRMATIVE DEFENSE

16.    The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## TENTH AFFIRMATIVE DEFENSE

17.    The Plaintiff's claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of

16

resistance and cannot be deemed to be the aggressor or lose their right to self-defense and/or defense of others by using force.

## TENTH AFFIRMATIVE DEFENSE

### (DOE Defendants/Vicarious Liability)

18.    Defendant firmly posits that pleading the names of individuals are particularly important in causes of action predicated on 42 U.S.C. § 1983, as it seeks to impose liability on *individuals* acting under color of state law for the deprivation of rights. *See Monell v. New York City Dep't of Social Services*, 436 U.S. 658 (1978)(emphasis added). Further, respondeat superior cannot create liability under § 1983. *See Monell*, 436 U.S. 658 (rejecting the concept of respondeat superior liability in the section 1983 context and requiring individual liability for the constitutional violation); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989) (requiring personal participation in the alleged constitutional violations); *May v. Enomoto*, 633 F.2d 164, 167 (9th Cir.1980) (holding that section 1983 liability must be based on the personal involvement of the defendant).

19.    A claim is facially plausible when the facts pled "allow the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 677 (*citing Twombly*, 550 U.S. at 556); *aff'd*, *Rosales v. County of San Diego*, 511 F.Supp.3d 1070, 1083 (S.D. Cal. 2021). Logically, it is implausible that *all* Defendants owed the same duties, *all* acted in the same way, and are *all* liable for the same reasons and on the same legal bases.

18.    Defendant(s) contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' Complaint. Accordingly, Defendant expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for relief as follows:

17

1. That the Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3. That Defendants be awarded attorneys' fees and costs incurred in defending this action; and

4. That Defendants be granted such other and further relief as the Court may deem just and proper.

DATED:  December 31, 2025        **MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**


By:    /s/ Kayleigh A. Andersen
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, et al.

18

## DEMAND FOR JURY TRIAL

Defendants hereby demand trial of this matter by jury.

DATED:  December 31, 2025

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Kayleigh A. Andersen_____
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, et al.

1