# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regina Agnes Beardsley,<br><br>PLAINTIFF(S)<br>v.<br><br>County of San Bernardino, et al.,<br><br>DEFENDANT(S) | **CASE NUMBER**<br>5:25-cv-03063-RGK-AS<br><br>**ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

> Plaintiff did not comply with the Court's order to completely answer Question 5 of the Request. It also is not apparent how Plaintiff's monthly utility expenses total $1,400. (ECF No. 14.)

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:
  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☐ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

> Plaintiff must file a Request that is filled out completely. Any answer on the Request that is inconsistent with prior Requests must include an explanation for the inconsistency. Plaintiff must explain and itemize her monthly utility expenses of $1,400.
>
> In the alternative, Plaintiff must pay the filing fee of $405.
>
> If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

January 6, 2026                                           *Gary Klausner*
_____                              _____
Date                                                            United States District Judge

CV-73 (07/22)                    ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)