Eugene P. Ramirez, Esq. (State Bar No. 134865)
 eugene.ramirez@manningkass.com
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
 kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SHANNON D. DICUS, DETECTIVE A. ALFARO, and DEPUTY C. BRANDT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA AGNES BEARDSLEY,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SHERIFF SHANNON D. DICUS; DETECTIVE A. ALFARO; DEPUTY C. BRANDT; DOES 1-10.<br><br>             Defendants. | Case No. 5:25-cv-03063-RGK-AS<br><br>**DEFENDANTS' REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE; DECLARATION OF DEFENDANTS' LEAD TRIAL COUNSEL EUGENE P. RAMIREZ** |

**TO THE HONORABLE COURT:**

Defendants COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SHANNON D. DICUS, DETECTIVE A. ALFARO, and DEPUTY C. BRANDT ("Defendants") respectfully request a continuance of the Scheduling Conference, currently set for February 23, 2026 at 9:00 a.m. [Dkt. 24].

Due to a pre-planned trip to Northern California, with a flight set to depart on

1

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

February 22, 2026, defendants' lead trial counsel, Eugene P. Ramirez, is unavailable to appear at the re-set Scheduling Conference on February 23, 2026 at 9:00 a.m. [See Ramirez Decl., ¶ 2]. On February 9, 2026, defendants' counsel properly appeared for the Scheduling Conference. [See Ramirez Decl., ¶ 1]. However, because Plaintiff's counsel did not appear for the Scheduling Conference, this Court has continued the Scheduling Conference to February 23, 2026, a date when defense counsel is unavailable. [See Ramirez Decl., ¶ 1-2].

Defendants' other trial counsel, Kayleigh A. Andersen, is also unavailable on February 23, 2026, due to two pre-set depositions in another matter. [See Ramirez Decl., ¶ 3].

For the foregoing reasons, Defendants respectfully request that the Court continue the Scheduling Conference to March 2, 2026 at 9:00 a.m.

DATED: February 12, 2026    **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**


By:    /s/ Eugene P. Ramirez
    Eugene P. Ramirez, Esq.
    Kayleigh A. Andersen, Esq.
    Attorneys for Defendants, COUNTY OF SAN BERNARDINO, et al.

2
**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

# DECLARATION OF EUGENE P. RAMIREZ

I, Eugene P, Ramirez, declare as follows:

I am an attorney duly admitted to practice before this Court. I am a partner at Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, COUNTY OF SAN BERNARDINO, et al. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

1. On February 9, 2026, I appeared for the Scheduling Conference. Plaintiff's counsel did not appear. The Court then issued an Order to Show Cause and re-set the Scheduling Conference for February 23, 2026 at 9:00 a.m.

2. I have a pre-booked flight to Northern California set for February 22, 2026. This flight was booked before the Scheduling Conference was continued to February 23, 2026. Due to this pre-booked trip, I am not able to appear for the Scheduling Conference on February 23, 2026.

3. I checked with the other defense attorney on this case, Kayleigh A. Andersen, and she advised that she is unavailable because she has to appear for two pre-scheduled depositions in another case set for February 23, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of February, 2026, at Los Angeles, California.

        /s/ Eugene P. Ramirez
Eugene P. Ramirez
Counsel for Defendants

---

1

**MOTION BY DEFENDANTS TO DISMISS PORTIONS OF PLAINTIFF'S F.A.C.**