UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL
**AMENDED**

| Case No. | 5:25–cv–03063–RGK–AS | Date | 2/23/2026 |
|---|---|---|---|

| Title | REGINA AGNES BEARDSLEY V. COUNTY OF SAN BERNARDINO ET AL |
|---|---|

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Edward Shkolnikov                              Eugene Hanrahan

**Proceedings:**        **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

Jury Trial (Est. _5–7_ days):                October 20, 2026 at 09:00 AM
Pretrial Conference:                         October 5, 2026 at 09:00 AM
Motion Cut-Off Date (last day to file):      August 5, 2026
Discovery Cut-Off Date (fact discovery):     July 22, 2026

Last day to amend the complaint or add parties is _3/30/2026_. The parties shall participate in ADR _SP3_.

**IT IS SO ORDERED.**

:03

Initials of Preparer: _jre_