JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REGINA AGNES BEARDSLEY,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SHERIFF SHANNON D. DICUS; DETECTIVE A. ALFARO; DEPUTY C. BRANDT; DOES 1-10.

Defendants.

Case No. 5:25-cv-03063-RGK-AS

**JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment [ECF No. 54], entered September 21, 2026 [ECF No. 85], and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Court has subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331, 1343(a)(3)-(4), and 1367.

2. Fictitiously named Defendant Does 1-10 are **DISMISSED**.

3. The operative pleading is the First Amended Complaint [ECF No. 4] of Plaintiff Regina Agnes Beardsley.

4. Defendants County of San Bernardino; San Bernardino County Sheriff's Department; Sheriff Shannon D. Dicus, in his official capacity; Detective A. Alfaro; and Deputy C. Brandt shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of her First Amended Complaint.

5. This action is **DISMISSED**.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: 9/29/2026

Hon. R. Gary Klausner
United States District Judge

MANNING | KASS