Michael S. Devereux (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California 90210
Telephone: (424) 444-0883

Attorneys for Plaintiff, REGINA BEARDSLEY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BEARDSLEY,<br><br>PLAINTIFF,<br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO SHERIFF'S DEPARTMENT; DETECTIVE A. ALFARO; DEPUTY C. BRANDT; and DOES 1-10;<br><br>DEFENDANTS. | CASE NO.: 5:25-cv-03063-RGK-AS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT (FED. R. CIV. P. 59(e))**<br><br>Hon. R. Gary Klausner |

The Court, having considered Plaintiff Regina Agnes Beardsley's Motion to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e), the supporting Memorandum of Points and Authorities, the Declaration of Michael S. Devereux and the Supplemental Declaration of Robert P. Woolverton submitted in support thereof, any opposition and reply, the oral argument of counsel, and the complete record in this action, and good cause appearing, HEREBY ORDERS as follows:



MICHAEL DEVEREUX, ESQ.

MICHAEL DEVEREUX, ESQ.

1. Plaintiff's Motion to Alter or Amend the Judgment under Rule 59(e) is **GRANTED**.

2. The Judgment entered September 29, 2026 (ECF No. 87), and the Order granting Defendants' Motion for Summary Judgment entered September 21, 2026 (ECF No. 85), are **VACATED**.

3. A ruling on Defendants' Motion for Summary Judgment is **DEFERRED** under Federal Rule of Civil Procedure 56(d) to permit the limited discovery set forth below, after which the Court will set a schedule for renewed or supplemental briefing on the motion.

4. On or before [___] days from the date of this Order, Defendants shall produce to Plaintiff the following materials concerning the May 17, 2024 warrant service at 15570 Smoke Tree Street, Hesperia, California:

   a. The body-worn camera system's access and deletion audit logs for May 17, 2024, for each Department member who participated in the operation;

   b. The associated upload and categorization records for any body-worn camera recordings of the May 17, 2024 operation; and

   c. The SED Command Vault audio recordings and photographs of the May 17, 2024 operation referenced in Defendants' reports.

5. The parties shall file a joint status report within [___] days after the production ordered in Paragraph 4 is complete, proposing a schedule for any further proceedings on Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_______________________________
Hon. R. Gary Klausner
United States District Judge

MICHAEL DEVEREUX, ESQ.